1  Michael D. Rounds, Nevada Bar No. 4734
   mrounds@bhfs.com
2  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   5371 Kietzke Lane
3  Reno, Nevada  89511
   Telephone:  (775) 324-4100
4  Facsimile:  (775) 333-8171

5  Amr Aly  (Submitting *Pro Hac Vice*)
   aaly@mayerbrown.com
6  Gregory J. Apgar  (Submitting *Pro Hac Vice*)
   gapgar@mayerbrown.com
7  MAYER BROWN LLP
   1221 Avenue of the Americas
8  New York, New York  10020-1001
   Telephone:  (212) 506-2304
9  Facsimile:   (212) 849-5788

10  Attorneys for Defendant AVAYA INC.

11                    **UNITED STATES DISTRICT COURT**

12                         **DISTRICT OF NEVADA**

13

14
    2-WAY COMPUTING, INC., a Nevada          CASE NO.:  2:15-cv-02233-MMD-CWH
15  corporation,,
                                             **STIPULATION AND PROPOSED ORDER**
16              Plaintiff,                    **EXTENDING TIME FOR DEFENDANT**
                                             **TO RESPOND TO COMPLAINT (DOC. #1)**
17  v.
                                             **FIRST REQUEST**
18  AVAYA INC., a Delaware corporation, ,

19              Defendant.

20

21          Plaintiff 2-WAY COMPUTING, INC. ("Plaintiff"), and Defendant AVAYA INC.,

22  ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate as follows:

23          1.      The current deadline for Defendant to respond or otherwise plead to the

24  Complaint (Doc. #1) is January 6, 2016.

25          2.      The parties agree and stipulate that the deadline for Defendant to answer or

26  otherwise respond to Plaintiff's Complaint (Doc. #1) shall be extended by thirty (30) days, until

27  February 5, 2016.

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada  89511

3.      This is the first request for an extension of this deadline.  This Stipulation is made in good faith and not in an attempt to delay proceedings.

4.      Nothing contained herein shall be deemed an admission or waiver of any right belonging to any party hereto.

**IT IS SO STIPULATED:**

Dated this 29th day of December, 2015.              Dated this 29th day of December, 2015.


By: */s/ Mark Borghese*                              By:  */s/ Michael D. Rounds*
    Mark Borghese, Esq.                                   Michael D. Rounds, Esq.
    Nevada Bar No. 6231                                   Nevada Bar No. 4734
    *mark@borgheselegal.com*                              *mrounds@bhfs.com*
    BORGHESE LEGAL, LTD.                                  BROWNSTEIN HYATT FARBER
    10161 Park Run Drive, Suite 150                       SCHRECK, LLP
    Las Vegas, Nevada  89145                             5371 Kietzke Lane
    Telephone:  (702) 382-0200                            Reno, Nevada 89511
    Facsimile:   (702)382-0212                            Telephone: (775)324-4100
                                                          Facsimile:  (775)333-8171

    *Attorneys for Plaintiff*                             *Attorneys for Defendants*


**IT IS SO ORDERED:**

DATED December 30, 2015.


_____
UNITED STATES MAGISTRATE JUDGE

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Reno

# CERTIFICATE OF SERVICE

Pursuant to **FRCP 5(b),** I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 29th day of December, 2015, I served the document entitled **STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (DOC. #1) FIRST REQUEST**, on the parties listed below via the following:

Mark Borghese, Esq.
Nevada Bar No. 6231
*mark@borgheselegal.com*
BORGHESE LEGAL, LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada  89145

Reza Mirzaie, Esq.
*rmirzaie@raklaw.com*
Paul S. Kroeger, Esq.
*pkroeger@raklaw.com*
Stanley H. Thompson, Jr., Esq.
*sthompson@raklaw.com*
C. Jay Chung, Esq.
*jchung@raklaw.com*
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025

☐    **VIA FIRST CLASS U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Reno, Nevada for delivery to the foregoing.

☐    **VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number as last given by that person on any document which he/she has filed in the cause and served on the party making the service.  The copy of the document served by the facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which it was transmitted.

☐    **BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf.

☒    **VIA ELECTRONIC SERVICE:**  by electronically filing the document with the Clerk of the Court using the ECF system which served the foregoing parties electronically.

*/s/ Nancy Lindsley*
Employee of Brownstein Hyatt Farber Schreck, LLP