Michael D. Rounds, Nevada Bar No. 4734
mrounds@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171

Amr Aly  (Submitting *Pro Hac Vice*)
aaly@mayerbrown.com
Gregory J. Apgar  (Submitting *Pro Hac Vice*)
gapgar@mayerbrown.com
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York  10020-1001
Telephone: (212) 506-2304
Facsimile:  (212) 849-5788

Attorneys for Defendant AVAYA INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 2-WAY COMPUTING, INC., a Nevada corporation,,<br><br>Plaintiff,<br><br>v.<br><br>AVAYA INC., a Delaware corporation, ,<br><br>Defendant. | CASE NO.:  2:15-cv-02233-MMD-CWH<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (DOC. #1)**<br><br>**SECOND REQUEST** |

Plaintiff 2-WAY COMPUTING, INC. ("Plaintiff"), and Defendant AVAYA INC., ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate as follows:

1.      The current deadline for Defendant to respond or otherwise plead to the Complaint (Doc. #1) is February 5, 2016.  *See* Doc. #11.

2.      The parties agree and stipulate that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint (Doc. #1) shall be extended by thirty (30) days, until March 7, 2016.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511

3.      This is the second request for an extension of this deadline.  This Stipulation is made in good faith and not in an attempt to delay proceedings.

4.      Nothing contained herein shall be deemed an admission or waiver of any right belonging to any party hereto.

**IT IS SO STIPULATED:**

Dated this 1st day of February, 2016.                    Dated this 1st day of February, 2016.

By: */s/ Mark Borghese*                                By: */s/ Michael D. Rounds*
      Mark Borghese, Esq.                                    Michael D. Rounds, Esq.
      Nevada Bar No. 6231                                    Nevada Bar No. 4734
      *mark@borgheselegal.com*                               *mrounds@bhfs.com*
      BORGHESE LEGAL, LTD.                                    BROWNSTEIN HYATT FARBER
      10161 Park Run Drive, Suite 150                         SCHRECK, LLP
      Las Vegas, Nevada  89145                                5371 Kietzke Lane
      Telephone:  (702) 382-0200                              Reno, Nevada 89511
      Facsimile:   (702)382-0212                              Telephone: (775)324-4100
                                                              Facsimile:  (775)333-8171

      *Attorneys for Plaintiff*                              *Attorneys for Defendants*

**IT IS SO ORDERED:**

DATED February 5, 2016

_____
UNITED STATES MAGISTRATE JUDGE

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Reno

2

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
Reno

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 1st day of February, 2016, I served the document entitled **STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (DOC. #1) SECOND REQUEST**, on the parties listed below via the following:

Mark Borghese, Esq.
Nevada Bar No. 6231
*mark@borgheselegal.com*
BORGHESE LEGAL, LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

Reza Mirzaie, Esq.
*rmirzaie@raklaw.com*
Paul S. Kroeger, Esq.
*pkroeger@raklaw.com*
Stanley H. Thompson, Jr., Esq.
*sthompson@raklaw.com*
C. Jay Chung, Esq.
*jchung@raklaw.com*
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025

☐   **VIA FIRST CLASS U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Reno, Nevada for delivery to the foregoing.

☐   **VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number as last given by that person on any document which he/she has filed in the cause and served on the party making the service. The copy of the document served by the facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which it was transmitted.

☐   **BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf.

☒   **VIA ELECTRONIC SERVICE:** by electronically filing the document with the Clerk of the Court using the ECF system which served the foregoing parties electronically.

*/s/ Jeff Tillison*
Employee of Brownstein Hyatt Farber Schreck, LLP